IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BOBBY WYNN,

   Petitioner,

  v.

FULTON COUNTY SHERIFFS
OFFICE, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:12-CV-239-TWT

ORDER

This is a pro se prisoner civil rights action against the Fulton County Sheriff. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending that the action be dismissed for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 24 day of April, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\12\Wynn\r&r.wpd